James Jordanoff IV
Name
2550 W. Franklin Rd.
Norman, OK 73069
Address


AUG 3 1 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

James Jordanoff, Plaintiff
(Full Name)

v.

Turn Key Health, Defendant(s)
For Cleveland County jail,

CASE NO. CIV-15-940-HE
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) James Jordanoff IV, is a citizen of Oklahoma
   (Plaintiff)                                    (State)
   who presently resides at 2550 W. Franklin Rd.
                                                  (Mailing address or place
   Norman, OK 73069.
   of confinement)

2) Defendant Board of directors et al, is a citizen of
              (Name of first defendant)
   Norman, OK                                , and is employed as
   (City, State)
   Administration,                              . At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of
   state law?   Yes ☒   No ☐ .  If your answer is "Yes", briefly explain:
   using jail staff Ms. Williams in concert
   to obtain "Records Mental Health" from Red Rock,

3) Defendant **Heads Nurse Cindy** is a citizen of
   *(Name of second defendant)*
   **Norman, OK**, and is employed as
   *(City, State)*
   **Head Facility Nurse, Medical**. At the time the claim(s)
   *(Position and title, if any)*
   alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain:
   Defendant relied on subordinates to coerse plaintiff into signing release of sensitive info Directly related to plaintiffs current pending criminal case;
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) In forma pauperis, pursuant to ongoing legal case; CIV-15-548-R...

## B. NATURE OF THE CASE

1) Briefly state the background of your case.
   Plaintiff reports Facts and findings pursuant to new claim against county sheriff and jail medical for Violation of "Hipa"; Medical law, where jail medical staff, Nurse Cindy has relied on subordinates to coerse plaintiff into signing release of "sensitive documents" directly related to plaintiffs ongoing current criminal legal proceedings, to witt; "Medical records from Red Rock Adult behavioral health center" Plaintiff establishes his case on grounds where; plaintiff alleges that he was not in his right mind or competant, At the time he was coersed into signing release of Confidential information; As he was not on his regular medication at the time of signing over release of sensitive documents; but was on Zyprexa, For which plaintiff alleges is that Mental health center Redrock gave plaintiff against his own wishes as plaintiff notified Red rock health center Nurses that he was found to be allergic to Zyprexa, Anti sychotic Meds; as confermed in Plaintiffs Medical records history; additionally Plaintiff declares that in addition to being neglected medically, by being forced Medication against his own will, Red Rock also had plaintiff on new antidepressants hed never taken before to include Depekote given by jail Facility as a "subsitute" for his correct medication hed been taking for years for "schytsophrinia". Again, against his on better wishes; After plaintiff had notified Sych; D.r. And jail Medical staff Evelyn & Someora, of his chronic case of Hepititus-c. And the fact that he notified thoes officials of his wishes for them to contact his attorney to consent to release sensitive medical information as plaintiff explained all the above info. To Nurses Evelyn & Someora except for their relent to continue to pressure plaintiff into signing 2 release of confidential info;

XE-2 7/93

Defendant _Nurse Evelyn_ is a citizen of _Norman, OK_ and is employed as _Facility Nurse_. At the time the claim(s) alleged in this complaint arose was defendant acting under state law ☒ yes   NO ☐ explain..
Defendant worked in concert with jail case worker Ms. Williams to obtain plaintiff's Mental health records.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of "Hipa" Confidntiall Medical information act; Tampering with Evidence;

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Nurse Evelyn did work in concert with Case Mgr. Ms. Williams to obtain plaintiffs Mental Health records from Red Rock adult behavioral health Center.

B) (1) Count II: Violation of 14th Amendment right to due process; Declares misstrial; under §procedural due process; Tampering with Evidence;

(2) Supporting Facts:

- 3 -

XE-2 7/93

# C. Cause of Action

1) A. (1): Count 1:

Plaintiff would respectfully tender the following additional information, pursuant to "Hipa" medical info; Act; violation:

Because of the Facilities continuing denial and relent to allow plaintiff to properly utilize the facilities grievance process as plaintiff has only been able to attempt resolve @ pending issues by means of "informal resolution" as Facility Admin; Leah Cleamens, jail clerk, maintains that she's only recently after over 3 months has only now been able to set up plaintiff with account on facilities "Keyosk machiene" where inmate grievences are composed & submitted formally; As of 6-21-15 approx. Furthermore, plaintiff has sought resolve at retracting his prior consent through informal resolution; by making contact with the following officers; Sgt. Glassco, Corp. Harass; Sgt. Wheately, Mjr. Davis, Chief Mc. Swain, D.O. Miller, Allyphant, Kyle, Heart Brown, Alrington, Pierce, Gossage. Plaintiff has sought resolve through the above, aftermentioned officers to have his prior consent to release medical information from any and all medical facilities to the Clevland County jail retracted; Along with also notifying the entire medical staff to include; Nurses: Evelyn, Cindy, Someora, Joseph; All of the above officers & Nurses were notiffied same day of wishes by plaintiff to retract prior consent to release medical info on approx. day of addmittion 3-23-15 to jail and plaintiffs continual request threw above officers & nurses until present date, 6-28-15; Finally to be sure plaintiff did touch on following issues in other legal proceedings in case; Civ-15-578-R.

Plaintiff establishes his count on grounds where plaintiff alleges he was coersed into signing over consent of "sensitive medical documents" to Clevland county jails Nurse staff; Evelyn & Someora; after continual attempts and requests to do so especially after plaintiff notiffied the following above aftermentioned officalls of his "state of mind" as plaintiff declares; he was on mind altering medication Zyprexa. For which he was forced at alleged elean of criminal case to injest allong with forgin Anti-depressant which in addition caused adverse reaction To witt: Elevated blood press @ recorded 200/90 bp; wittnessed by patient care assistant Mr. Williams of Red Rock Adults & behavioral health center; Along with E-P-S, another adverse reaction due to Zyprexa; Extra perimitol symptoms. As these symptoms caused unique circumstances To wit; muscel spasyms; acing, dissordered thoughts; And again elevated blood pressure; Plaintiff maintains that these above mentioned symptoms were the cause of plaintiffs request to contact his attorney to inquire into signing over such sensitive documents and that plaintiff did explain

(1)

the above refrenced information to Nurses Evelyn; Someora; but their for seeking privilliged information was to determine wether or not the facility would provide plaintiff with "Sarquill" his actuall prescribed Medication he's been taking for years! For bi-polar schytsophrinia; plaintiff, did However notiffy Evylen & Nurses someora along with psych. Dr. of Counties prior oddmittion of plaintiffs psych Meds; "Sarquill" in 2009. While plaintiff was pre-Trial detainee; And that plaintiff maintained that facility did in fact not need access to his Medical records for such info. as relevant info. was already part of jails records as plaintiff did receive said "Sarquill" Medication in prior incarceration; But again; the Nurses relent to let the issue of signing over Medical records go;

ultimataly facility did not need to determine weather or not if plaintiff did infact take "Sarquill" Medication; as their own records already confermed this fact. Therefor plaintiff conciders facilities jails acts and motives to be in ill intent at best! concidering prior legal proceeding in Fed Court pursuant to Civil rights case in 2009 for 8th Amend. Cruel & unusual Punishment claim against county and Sheriff. This concludes plaintiffs facts & findings in count (2) in 1983 Civil rights claim;

I declare under penalty of purgery that the Above information Contained therein is true and Correct;

*[signatures]*

(2.)

## C. Cause of Action;

D. B, (1): Count II

Plaintiff would respectfully tender the following additional information, pursuant to "Violation of 14th Amendment (right to due process; Declaring misstrial; and 1st & proceedural due process." 3 Tampering with evidence.

Plaintiff respectfully brings his count under the following grounds where county jail Administration, jail officials have denied Plaintiff due process by restricting his abilities to properly & timely exhaust his administrative remedies. Plaintiff alleges that sence his admission date in the Cleyland county jail approx. 3-23-15; that Plaintiff has numberous attempts at informal resolution to obtain relief for the following deprivations, along with those officers & Medical staff as mentioned in part C. §1; A; 1; count 1; pg 3; see "attachment" of this Civil Rights Complaint;

1) Facilities jails denial to arrange for plaintiff to fill out "Formal grievences" after 3 months of plaintiff requesting to do so. Note, that one of plaintiffs allegations if not counts, is the facilities denial to properly assist plaintiff with proper amount of postage & handeling for his legal proceedings and any other "extra" amount of amenities to timely & properly file his legal proceedings as plaintiff continues to maintain his indigent status at jail facility; plaintiff has been limited to only one prepaid "indigent supply" envelope a week by Mjr. Davis, and having notiffied the Mjr. & chief; M.C. Swain; both of his delima where plaintiffs indigent envelope is limited to only six pieces of paper by net. weight. And plaintiffs need extra postage & handling to properly satisfy the excess volume of paper in some situations when addressing his legal matters. Therefor plaintiff urges that because of the above information plaintiff is having his abilities hindered or impeaded purposely by facility administration in direct attempts to have his Civil Rights Claim dismissed.

2) Plaintiff would respectfully call to count, count 1, of this suit of the "Hipa" privacy act violation of plaintiffs rights where he calls to count where jails Medical staff violated plaintiffs rights when Nurses; Evelyn & Someora coerced plaintiff into signing release of his medical records as they were directly related to plaintiffs Criminal Case, making them "sensitive documents" plaintiff alleges that because of the actions of Defendants; Evelyn & someora that Plaintiff Declares misstrial against county charges and Red Rock Adult behavioral health centers Missy Short. as such related info. contained within plaintiffs Mental health records was sought by county jail Medical staff. Evelyn & someora with ill intent, to do plaintiff harm by devulging said info. with county prosecutors, even befor plaintiffs own attorney obtained possession of said documents and information. As Nurse Someora & Nurse Evelyn have been taunting plaintiff by stating, "You signed over your consent, to ~~release~~ your Medical records to us, its none of your buisness whom we share your records with." These following remarks were &

(1)

have been Flung at plaintiff several times upon raddressing his concerns to Nurse staff members Evylen & Someora by means of attempts at retraction of prior addmission of consent to release confidential info & sensitive documents contained within plaintiffs mental health records: @ plaintiffs cell window numerous times along with plaintiffs attempts made known to Nurses Evylen & Someora, through verbal contact to make known his sincer wishes that jail medical staff would not share said info with anyone or inside or outside agency; Therefor plaintiff respectfully request this honorable Federal court please concider constrewing whatever 14th Amendment due process or procedural due process violations may be as its plaintiffs sincer belief that common logic conferms basic instinct! that somewhere along the lines for which plaintiff fails to regret, hes ignorent to identify with those technical equations concerning the law. That however, facility medical Nurse staff Evylen & someora have over steped their bounderies in their unjustified pursuit to do plaintiff harm through above mentioned refrenced information.

(3) Plaintiff would respectfully venture into possibility that after Fed. Review of the above tendered information that plaintiff would respectfully request that this honorable Fed. court concider plaintiff is compeled to respectfully concider his limited knowledge of the law, but for some reasoning hes compelled to mention possible dissmissal of criminal case for defendants tampering with evidence; directly related to pending criminal case.

I declare under penalty of purgery that the Above information contained therein is true and correct.

_[signature]_
_[signature]_

(2)

C) (1) Count III: <u>Cruel & unusual punishment;</u>
<u>Medical Neglect;</u>

(2) Supporting Facts: <u>To include denial to schedule</u>
<u>Sych Dr. Appoint for over two months</u>
<u>for plaintiff to regulate medication;</u>
<u>Again Denied for cause of action</u>
<u>against Defendants;</u>

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒  No ☐.  If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:
Plaintiffs: <u>James Jordanoff</u>
Defendants: <u>Joeseph Lester, et. al</u>

b) Name of court and docket number <u>Civ-15-578-R</u>
<u>Western district of Oklahoma/Civ-15-719-F</u>

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>Still pending;</u>

d) Issues raised <u>Cruel & unusual Punishment</u>

e) Approximate date of filing lawsuit <u>06-03-15</u>

f) Approximate date of disposition <u>06-19-15</u>

-4-

XE-2  7/93

# C. Cause of Action

1) C; (1): Count III:

Plaintiff would respectfully tender the following additional information; pursuant to: "Violation of 8th amendment right to be free from cruel & unusual punishment;

Plaintiff establishes his count on grounds on that which and where the Facilities staff has been seeking revenge on plaintiff in the means of denial of the following. For him being forced to have to take legal action for those violations explained of herein this civil suit;

(1) Denial of shower on approx. 6-22-15 & Denial of phone priviliges without any due process observed before taking away that priviliges as facility was previously allowing suicide watch patients to make phone calls to their families; No misconduct was issued to warrent denial of phone calls; Accordingly Mjr. Davis also took away Robert Rectors phone priviliges. An inmate located in next cell over from plaintiff for cause of legal actions taken against defendents.

Therefor Mjr. Davis is attempting to harm plaintiff physically by aggitating other inmates to cause aggressive behavior to be taken against plaintiff. For arbitrary actions Mjr. Davis is taking against other inmates for plaintiffs being forced to have to utilize a higher authority to make known of all the injustified actions taken against plaintiff & others for plaintiffs justified legal actions taken against Cleveland County jail Administration and other legal Authorities.

Furthermore, for every bit of progress plaintiff makes with respect to visiting with attorney or finally forcing admin. to have to allow plaintiff with access to facilities jail formal grievences on facilities "Keyosk" machiene, as such "Right" to enjoy ability to utilize jails Admin; remedies formaly & informally have been being used as power of presuasion to compelle plaintiff to conform to administrations unjustified, vengefull actions taken against him when relief sought has been denied through means of denial of abilities to exhaust his Admin; Remedies, as explained herien;

(2) Therefor plaintiff would respectfully request this honorable Fed. court to concider thoes vengefull hatefull acts against plaintiff by Mjr. Davis and facility subordinates to pose an imminent threat of physical injury with respect to above mentioned info. And therefor forms plaintiffs basis for the above and after mentioned information contained within this document in full conciderátion; I declare under penalty of purgery that the above information contained therein is true and correct;

(1)

[signature]

2)     I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. As Tendered in part C, A.
1) Count one cause of action, plaintiff has explained how, of his many attempts at seeking relief with those officers and nurse's as mentioned Herein, But the jail Administrations denial to arrange/allow for plaintiff to utilize his formal grievances after informal resolutions were denied.

### E. REQUEST FOR RELIEF

1)     I believe that I am entitled to the following relief:

Plaintiff respectfully requests punitive damages in the amount of 100,000.00 one hundred thousand dollars for pain/suffering, Mental Anguish,

_____      _____
Signature of Attorney (if any)     Signature of Petitioner

_____
(Attorney's full address and telephone number.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at **Cleveland County jail** on **8-27-15**, 199___.
           *(Location)*            *(Date)*

                                                  *(Signature)*