James Jordanoff IV
Cleveland County jail,
2550 W. Franklin R.D.
Norman, OK 73069

POSTAGE DUE  .44¢

 FOREVER

United States District Court,
Carmelita Reeder Shinn, Clerk.
200 N.W. 4th ST. Room 1210
Oklahoma City, OK 73102-3092

RECEIVED
AUG 3 1 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____, DEPUTY

Legal Mail