# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES JORDANOFF, IV, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-940-R |
| TURN KEY HEALTH, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered March 30, 2016. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is DISMISSED pursuant to F.R.Civ.P. 12(b)(6) and 28 U.S.C. § 1915(b)(1). This dismissal will count as one "strike" under 28 U.S.C. § 1915(g) after Plaintiff has exhausted or waived his right to appeal from this Order.

IT IS SO ORDERED this 25th day of April, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE