# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES JORDANOFF, IV,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-940-R |
| ) | |
| **TURN KEY HEALTH, et al.,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered herein this 25th day of April, 2016, this matter is DISMISSED.

IT IS SO ORDERED this 25th day of April, 2016.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE